United States Government

**NATIONAL LABOR RELATIONS BOARD**

**OFFICE OF THE GENERAL COUNSEL**

Washington, D.C. 20570

November 20, 2026

Thomas B. Plunkett
Clerk of Court
United States Court of Appeals
for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, LA 70130

Re: *Satellite Healthcare, Inc. v. NLRB*, 5th Cir. No. 26-60077

Dear Mr. Plunkett:

The National Labor Relations Board's brief cited *Trader Joe's Co. v. NLRB*, 167 F.4th 766 (5th Cir. 2026), as support for the proposition that "courts should not topple over administrative decisions unless the administrative body not only has erred but has erred against objection made at the *appropriate time*." *Id.* at 789 (quoting *Int'l Bhd. of Elec. Workers v. NLRB*, 973 F.3d 451, 460 (5th Cir. 2020) (emphasis in original)). (*See* NLRB Br. 16.) On October 30, 2026, the Court issued an order granting rehearing en banc and vacating the panel's decision in *Trader Joe's*. (Order enclosed.) The changed status of *Trader Joe's* does not affect this case, as the proposition for which the Board's brief cited *Trader Joe's* is well established. *See United States v. L.A. Tucker Truck Lines, Inc.*, 344 U.S. 33, 69 (1952) ("courts should not topple over administrative decisions unless the administrative body not only has erred but has erred against objection made at the time appropriate under its practice"); *Elec. Workers*, 973 F.3d at 460.

Respectfully submitted,

s/ Meredith Jason
Meredith Jason
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street, SE
Washington, D.C. 20570
(202) 273-2960

Enc.
cc: all counsel (via CM/ECF)

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 30, 2026

Thomas B. Plunkett, III
Clerk

---

No. 24-60367

---

Trader Joe's Company,

*Petitioner/Cross-Respondent*,

*versus*

National Labor Relations Board,

*Respondent/Cross-Petitioner*.

---

Petition for Review from an Order of the
National Labor Relations Board
Agency Nos. 16-CA-291179, 16-CA-293143

---

ON PETITION FOR REHEARING EN BANC

(Opinion February 18, 2026, 5 Cir., 2026, 167 F.4th 766)

Before Elrod, *Chief Judge*, and Jones, Smith, Stewart, Richman, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, Douglas, and Ramirez, *Circuit Judges*.

Per Curiam:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated February 18, 2026, is VACATED.